Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

Indianapolis Division

Mr. Jessie L. Ison
Plaintiff(s)

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

U.S.A et, AL.
Defendant(s)

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 2:25-cv-539-JRS-MJD
(to be filled in by the Clerk's Office)

Jury Trial: (check one) [X] Yes [ ] No

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Mr. Jessie Lee Ison
   Street Address: P.O. Box 7001
   City and County: Terre Haute
   State and Zip Code: Indiana 47802
   Telephone Number: 1-812-363-2218
   E-mail Address: isonjessie81@gmail.com

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question   [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

mail Title 18 U.S.C § 1702
mail box Title 18 U.S.C § 1705
Title 18 U.S. Code § 371 conspiracy to commit fed crim
Title 18 U.S. Code § 351 sec (e) general assault
Title 18 U.S. Code § 1505 obstruction
U.S. Code 5, 5th, 14th, 4th, Title 18 sec 242, Title 40 U.S. Code 5104

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* ~~[redacted]~~, is a citizen of the State of *(name)* ~~[redacted]~~.

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name: 3 Unknown U.S. Marshal security security officers.
Job or Title (if known):
Street Address: 921 Ohio St
City and County: Terre Haute
State and Zip Code: Indiana 47807
Telephone Number: 812-363-2218
E-mail Address (if known): isonjessie81@gmail.com

Defendant No. 2

Name: (3) Clerk(s) of Civil Ct unknown
Job or Title (if known): Clerk
Street Address: 921 Ohio St
City and County: Terre Haute,
State and Zip Code: Indiana 47807
Telephone Number: 812-363-2218
E-mail Address (if known): isonjessie81@gmail.com

Defendant No. 3

Name: Federal Ct Judge Sweeny
Job or Title (if known):
Street Address: 921 Ohio St
City and County: Terre Haute
State and Zip Code: Indiana 47807
Telephone Number: 812-363-2218
E-mail Address (if known): isonjessie81@gmail.com

Defendant No. 4

Name: Federal ct Judge magnus
Job or Title (if known):
Street Address: 921 Ohio St
City and County: Terre Haute
State and Zip Code: Indiana 47807
Telephone Number: 812-363-2218
E-mail Address (if known): Isonjessie81@gmail.com

Defendant No. 5
  Federal Judge Dinsmore
  921 Ohio Street
  Indiana 47807
  812-363-2218
  donjessie81@gmail.com

Defendant 6 Commissioner of Social Security Dept and agents of Terre Haute Division Social Security Administration.
  222 Cherry St
  Terre Haute, Indiana
  47807

Defendant 7. U.S. Postal servants and their agents
  150 West Margaret Dr
  Terre Haute, Indiana
  47802-9926

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See Attachment of Claim III sec A

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. The defendants are involved in infliction of harrassment, unlawful activities, Intimidation to induce psychosis that developes chemical Assault and chemical restraining. Poisoning, obstruction, Sexual proposal. Tampering with Federal mail box, Federal mail, illegal retintion, causing personal injury and conspiracy of pre-meditated murder causing Toxic mold poisoning, Lung nodules, Heart organ damage(s) Punitive damages

Page 4 of 5

Attachment of Claim III sec (A)
pages 1-10

Nature of Complaint for Punitive and Compensatory damage with enforcements in the nature that allows actus reus and mens rea in civil and criminal acts. for relief.

All the defendants conspired to violate due-process by threats intimidation abuse of authority tampering in federal mail and mailbox, sexual proposals, defamation of character, chemical assault with intent to commit murder, unlawful entry of my home, burglary, pre-meditated attempt of murder in conspiracy of stratigic plan to bankrupt, comitt fraud, theft, scams, parjury, false reports, death threats at my home in the federal courthouse by silent gestures of mafia related behavior at my home and in the federal courthouse involving vital organ damage with death clothing representing a black rose and grave flowers at my home involving child molestation and protection of those therein, prostitution rings, illegal immagration, pre-meditated murder involving the murder of my father and then on

2

me is the same nature to attempt to cause my vital organs to shut down as my fathers unnatural death involving a head trauma and head traumas do not cause vital organs to cause death as these defendants inflicted in my body in the home rescidence and with their involvement with residence, property management, and Terre Haute State agencies. In their actions and comments and illegal retention of documents by lawyers, Judges, clerks and sheriff departments. Causing delayed medical treatment, physical injury, lung nodules, Toxic Mold poisoning, Enzymes leaking from my heart muscles into my blood stream probably from their chemical assault in my food in their unlawful entry and that of personal belongings and vehicles and conspiracy with Insurance agencies to deprive me of my coverage in their

7

attempt to gain finances in conspiracy to hinder due-process impacting my well being and ability to assist in payment for lawyers who had to wait for over a year while they performed those actions. That will be a different suit in Property law and Insurance law and their conspiracy and the doctors involved in my father's death in conspiracy of these state and federal government actions to kill 30% of the Malo Ison name and my father and me his only biological son since birth. and his claim to retro-active in nature due to the nature of his death and the lawyers actions concerning my complaint now wherein they stated their was no legal merit and commited fraudulent advice to deprive, rob and murder me in the State of Indiana Federal and State Government

11

with chemical assaults, chemical restraining, assaults, psychological battery and defamation of character to turn society against me to perform their strategic pre meditated death on my life and government employees in positions to clean up their murder and confuse the intent of their murder. That brings federal Judges into Jurisdiction for issues involving constitutional violations in their personal capacities involving crimes civily and criminaly with their administrative office clerks. and security officers acting as U.S. Marshal security officers comitting crimes or hate crimes. for criminals and government employees as Judges, police officer prosecutors, District Attorneys, of the State government in conspiracy. and attempting to rob the U.S. treasury and with threats, intimidating and vital organ damage all documented and physical evidence of that shows

x-rays and testing in labratory equipment. and on court transcripts of their actions and chronological case summarys State and federal and all video's involving a capitol offense that are video's that can not be denied due to no immunity on a capitol offense of murder.

For the reason of Punitive and compensatory damages of personal injury of vital organ damage permanent imposed upon me by the State and Federal Government and their agents involved in a capitol murder on my father and attempted murder on ~~myslef~~ my self and similar complaints I am requesting to be awarded
        12.5 million dollars for chemical assault, attempted murder, due-process violation, Toxic mold poisoning, Lung nodules and Enzymes leaking from my

muscles from the assaults of my home and the purchase of it that was manipulated to, by State and Federal involvement. and actions inside of it. that no money or courts action can replace the loss of life involved, in those Constitutional violations in 4th Amendment, 14th Amendment Violation 5th Amendment Violation of the U.S.C.

Title 18 Sec 242 hate crimes involving 14th Amendment violations with personal injury and loss of life expectancy.

That all defendants comitted in conspiracy of my home and the assaults therein by residence, property managements, Insurance companys Credit companys, banks, and criminals and State and Federal government agents. all on video and personal photos and video's on icloud storage and their acts of perjury and hate crimes and allowing crimes to be comitted intentionally in society and in the government.

7

further the defendants are involved with jurisdiction invoked in 28 1331 invoked in Title 18 sec 242 and Federal chronological case summarys calling me miss Ison pane "panty" Pan and discussing and making comments of cooking things and poping things and involved with toothpicks that are criminal activity not facile criminal causing all bodily injury herein to my home invoked in title 40 U.S. Code 5104 sec 1 unlawful activities

A) Assault infliction of death or bodily harm

B.) damage to, or destruction of real property.

The Clerks are also involved in mafia related behavior of wearing black clothing on camera symbolizing the grave flowers at my home and the nurse clerk wore the color of black, a black rose of death symbol and death kiss by mafia members. Lt. Botch guser, Nikki Toler and Ashley groves who are state employees or affiliated have their left breast cut and left finger involved in killing my father and 30% of the male Ison name.

and are a sect of police who make arrest that are selective, and comitted a hate crime for others for money and use prostitution trafficking and ploys to provoke people or degrade them to their level and behavior. I am seeking prosecution. These defendants herein are involved in a Capitol offense Title 18 sec 1111 of murder for money and a attempted murder in obstruction of justice with attorneys involved in illegal intentional retintion of document(s) protected by clerks and illegal proceedings. My father died of organ damage shut down but suffered a head trauma. Head traumas do not cause organs to shut down and now with the same symptoms I have fatal organ damage of my heart, lungs, and toxic mold poisoning in my blood. Same organ damage's that are their pattern that these defendants have caused financial hardship denying proper medical treatment and tampered with my medicare and supplemental Insurance and Survivor benefits to keep

from being exposed and committed acts of fraud and criminal mischief and attempted murder. I now suffer from coronary heart issues and was denied proper medical attention because of government involvement in my life. my blood pressure was 159 over 109, with heart respiratory flutters and alarms. The Doctors refused to treat me.

They will be subpoenaed for conspiracy of murder and attempted on me. In this civil case seeking prosecution. All defendants are on video survalance in the courthouse In Terre Haute, Indiana.

If anyone represents these defendants without first investigating these factual basis involving criminals and government employees in a general denial they will be found in perjury in litigation law that first requires a investigation before a denial on all claims and the nature and allegations against them. I will seek prosecution. 18 U.S. Code 1621 18 U.S.C. 1623  18 U.S.C 1622  All general perjury statue.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

that cause compensatory injury of personal injury to the body. Permanantly I the plaintiff request by due-process to be awarded 12.5 million dollars that are settlement(s) in simular injuries and involves Ft Villa Inc and New beginings Property management. Further a seizure of all video's. and questioned.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: *October 21st, 2025.*

Signature of Plaintiff    *Mr Jessie J Ison*
Printed Name of Plaintiff  *Mr. Jessie L. Ison*

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address




**MAILING ENVELOPE**
FOR DOMESTIC AND INTERNATIONAL USE



**FILED**
OCT 27 2025
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

**PRIORITY MAIL EXPRESS**
POSTAGE REQUIRED

U.S. POSTAGE PAID
PME
NORTH PLATTE, NE 69101
OCT 22, 2025
46204
**$73.85**
S2324P500430-44
RDC 07

FOR DOMESTIC AND
PLACE MAILIN[G]



**FROM:** Mr. Jessie L. Ison
P.O. Box 7001
Terre Haute, IN
47808

**TO:** PHONE ( ) 812-303-3218
Federal Courthouse Civil Div
U.S. Dist Ct Indpls Division
46 E Ohio St
Indpls, IN 46204



PO ZIP Code: 69101
Scheduled Delivery Date: 10-25
Postage: $73.85
Date Accepted: 10-22
Time Accepted: 1:57 PM
Weight: 3 lb 6 oz
Acceptance Employee Initials: ME
Total Postage & Fees: $73.85






PS10000132900
EP13C July 2022